# EXHIBIT B

ORIGINAL DOCUMENT

04:41:38 PM

## COMMONWEALTH OF KENTUCKY
## OWEN COUNTY CIRCUIT COURT
### CASE NO. _____
### DIVISION: _____

HALEY WELSH, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE
OF JAMES D. WELSH, deceased,

and

HALEY WELSH, MOTHER AND
GUARDIAN OF A.J.W, a minor, son of James D. Welsh

                                        PLAINTIFFS

v.

BELL TEXTRON, INC., a Delaware corporation

    SERVE REGISTERED AGENT:

        CT CORPORATION SYSTEM
        306 W MAIN STREET, SUITE 512
        FRANKFORT, KY, 40601

and

SARASOTA AVIONICS, INC.

    SERVE REGISTERED AGENT:

        KIRK FRYAR
        120 AIRPORT AVE WEST
        VENICE, FL 34285

and

SARASOTA AVIONICS & MAINTENANCE, LLC

    SERVE REGISTERED AGENT:

        SHAWN MCCLINTOCK
        120 AIRPORT AVE WEST
        VENICE, FL 34285

NOT

11/12/2025

89824-2

ORIGINAL DOCUMENT
and
04:41:38 PM

SARASOTA AVIONICS, THA, LLC

    SERVE REGISTERED AGENT:

        SHAWN MCCLINTOCK
        120 AIRPORT AVE WEST
        VENICE, FL 34285

and

GENESYS AEROSYSTEMS d/b/a
S-Tec Corporation, a Texas Corporation,
and possibly known as Moog, Inc.

    SERVE REGISTERED AGENT:

        CORPORATION CREATIONS NETWORK, INC.,
        2595 N. DALLAS PARKWAY, SUITE 350
        FRISCO, TX 75034

and

VAN HORN AVIATION, LLC, an Arizona Corporation

    SERVE REGISTERED AGENT:

        GARY A. DRUMMOND
        4747 N. 7TH STREET, SUITE 402
        PHOENIX, AZ 85014

and

LORD CORPORATION, a Pennsylvania Corporation

    SERVE REGISTERED AGENT:

        CT CORPORATION SYSTEM
        306 W MAIN STREET, SUITE 512
        FRANKFORT, KY, 40601

and

XYZ CORPORATION(S),

and

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000002 of 000024

**ORIGINAL DOCUMENT**

NOT

11/12/2025

89824-2

04:41:38 PM   ESTATE OF GALE E. ALLEMAN, JR. Deceased

SERVE: JUDITH ALLEMAN, ADMINISTRATRIX
c/o ELIZABETH LYTLE, Agent for Process
42 STONEGATE DRIVE
FLORENCE, KY 41042

DEFENDANTS

---

## COMPLAINT AND JURY DEMAND

---

NOW COMES, Plaintiffs, HALEY WELSH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JAMES D. WELSH, HALEY WELSH as the Wife of JAMES D. WELSH, HALEY WELSH AS MOTHER AND GUARDIAN OF A.J.W., born in 2/2025, a minor son of JAMES D. WELSH, by and through counsel, and for her Complaint against Defendants, BELL TEXTRON, INC., SARASOTA AVIONICS, INC, SARASOTA AVIONICS & MAINTENANCE, LLC, SARASOTA AVIATION, THA, LLC, GENESYS AEROSYSTEMS, d/b/a S-TEC CORPORATION and/or known as MOOG, INC., VAN HORN AVIATION, LLC, LORD CORPORATION, AND GENESYS AEROSYSTEMS, XYZ CORPORATION(S) and ESTATE OF GALE E. ALLEMAN, JR., Deceased, states as follows:

### PARTIES

1. Plaintiffs, Haley Welsh, individually as Wife of James D. Welsh, as administratrix of the Estate of James D. Welsh, deceased, and Haley Welsh as Mother and Guardian for A.J.W., a minor, son of James D. Welsh, and for the benefit of the statutory beneficiaries pursuant to Kentucky law.

2. Defendant Bell Textron, Inc. ("Bell") is a wholly owned subsidiary of Textron Inc. with its state of origin listed as Delaware, registered with the Kentucky Secretary of State as a foreign corporation with its principal place of business located at 3255 Bell Flight Boulevard; Fort Worth, TX 76118, and its registered agent located at CT CORPORATION SYSTEM; 306 W MAIN STREET, SUITE 512; FRANKFORT, KY, 40601.

3. Defendant, Sarasota Avionics & Maintenance, LLC ("Sarasota"), also known as, Sarasota Avionics, Inc., and Sarasota Avionics, THA, LLC, a licensed Florida Limited Liability Company, with its state of origin listed as Florida, with its principal place of business located at 120 Airport Ave W, Venice, FL 34285, and

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000003 of 000024

ORIGINAL DOCUMENT

04:41:38 PM

NOT

11/12/2025

89824-2

its registered agents, SHAWN MCCLINTOCK, and KIRK FRYAR, 120 AIRPORT AVE W, VENICE, FL 34285.

4.    Defendant, Genesys Aerosystems, a licensed Texas Corporation, d/b/a S-Tec Corporation, with its state of origin listed as Texas, with its principal place of business located at 1 S-Tec Way, Municipal Airport, Mineral Wells, TX 76067, and its registered agent located at CORPORATION CREATIONS NETWORK, INC., 2595 N. DALLAS PARKWAY, SUITE 350, FRISCO, TX 75034 Genesys Aerosystems may possibly be owned by Moog, Inc. located at 400 JAMISON ROAD, ELMA, NY 14059 whom may be liable.

5.    Defendant Van Horn Aviation, LLC, a licensed Arizona Limited Liability Company, with its state of origin listed as Arizona, with its principal place of business located at 1510 W. Drake Dr., Tempe, Arizona 85283, and its registered agent located at GARY A. DRUMMOND, 4747 N. 7TH STREET, SUITE 402, PHOENIX, AZ 85014.

6.    Lord Corporation, a licensed Pennsylvania corporation, with its state of origin listed as Pennsylvania, registered with the Kentucky Secretary of State as a foreign corporation with its principal place of business located at 6035 Parkland Boulevard, Cleveland, Ohio 44124, and its registered agent located at CT CORPORATION SYSTEM; 306 W MAIN STREET, SUITE 512; FRANKFORT, KY, 40601.

7.    Defendant, Estate of Gale E. Alleman, Jr., Deceased, was the Pilot operating the Bell 206L-3 helicopter with registration number N230AE that is the subject of this lawsuit. The Estate of Gale E. Alleman, Jr., is represented by the Personal Representative, Judith Alleman, by Boone District Court Order entered on January 28, 2025, Case No. 25-P-and through agent of service of the Estate of Gale E. Alleman, Jr., Elizabeth Lytle, of 42 Stonegate Drive, Florence, KY 41042.

8.    XYZ Corporation is an unknown entity or entities that designed, manufactured, and/or supplied replacement parts that caused or contributed to severe vertical vibrations in the Bell 206L-3 model involved in the crash. Plaintiff has made reasonable efforts to investigate and view the wreckage from the NTBS, however, pursuant to 49 C.F.R. Section 831.12, has jurisdictional control. Plaintiff's requests have been denied. See attached hereto Exhibit A and Exhibit B. The NTSB investigation is not complete, and Plaintiff is faced with a governmental shutdown. Please see attached Exhibit C.

### JURISDICTION AND VENUE

9.    Plaintiff files this complaint to protect and to preserve all claims within the applicable statute of limitations and expressly reserves the right to amend once the National Transportation Safety Board ("NTSB") issues its final report or releases the wreckage for inspections.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000004 of 000024

ORIGINAL DOCUMENT

04:41:38 PM

10. This Court has subject matter jurisdiction over this action pursuant to KRS § 23A.010, as it is a court of general jurisdiction with original jurisdiction of all justiciable causes not exclusively vested in some other court.

11. This Court has personal jurisdiction over Bell, Van Horn Aviation, LLC, Sarasota, Genesys Aerosystems, Lord Corporation, XYZ Corporation pursuant to KRS § 454.210, as said Defendants transacts business in this Commonwealth and has caused tortious injury in this Commonwealth by designing, manufacturing, and selling products, including the Bell 206L-3 helicopter at issue, which are used and consumed in this Commonwealth.

12. The Court has personal jurisdiction over the Estate of Gale E. Alleman, Jr., as the Defendant was a resident of the Commonwealth of Kentucky at the time of his death where his Estate is currently open in Boone County District Court, Case No. 25-P-00025.

13. Venue is proper in Owen County, Kentucky pursuant to KRS § 452.460, as the injury occurred in Owen County, Kentucky.

## STATEMENT OF FACTS

### October 7, 2024

14. That on or about the subject Helicopter Bell designed, manufactured, and sold the Bell 206L-3 helicopter with registration number N230AE that is the subject of this lawsuit (the "Helicopter").

15. On October 7, 2024, the Helicopter was being operated by Air Evac Lifeteam as an air ambulance in Owenton, Kentucky.

16. The Helicopter was crewed by Defendant pilot, Gale E. Alleman, Jr., flight nurse Bethany J. Aicken, and flight medic James D. Welsh.

17. Upon information and belief, on October 7, 2024, at approximately 1730 hours, the Helicopter was approximately 300 feet above ground in level flight, circling for a landing zone approach near the Owen County High School. The Helicopter then crashed in a tree line behind a property located at 1680 Hwy 22, Owenton, Kentucky. After impact, the Helicopter caught fire and became engulfed in flames. All three crew members died in the crash. The time of death was pronounced at 1740 hours on October 7, 2024.

### Crash Investigations

18. Almost immediately following the crash, the National Transportation Safety Board ("NTSB") began its investigation. This investigation as previously noted has been delayed and is incomplete as of the date of the filing of this Complaint.

19. Unknown facts exist indicting pilot error as a contributing factor to this crash.

NOT
ORIGINAL DOCUMENT
11/12/2025
04:41:38 PM
89824-2

20.  The NTSB took exclusive control over the wreckage and the Helicopter logbook.

21.  The NTSB has denied multiple requests to have the Helicopter wreckage, Helicopter logbook and other pertinent materials viewed by Plaintiff's expert.

22.  As of the filing of this complaint, the Plaintiff has been made aware that a new NTSB Investigator has been appointed to take over the pending investigation and the government is now facing a shutdown which is all contributing to the delay.

**Known Bell 206L-3 Issues**

23.  On March 17, 2025, Van Horn Aviation, LLC issued an Information Letter, that stated, in relevant part, "Operator reports have indicated the potential for pilots to experience severe vertical vibrations on a small number of Bell 206L LongRanger helicopters equipped with Van Horn Aviation, LLC p/n 20633000-101 main rotor blades."

24.  On May 6, 2025, the Federal Aviation Administration (FAA) issued an Airworthiness Concern Sheet (ACS) regarding severe vertical vibrations in Bell 206L-series helicopters, including the Bell 206L-3 model involved in the crash ("2025 ACS").

25.  The 2025 ACS reported that the vibration subsides once additional load is applied on the main rotor by increasing collective, and that the vibration may worsen with a low friction set on the collective.

26.  The 2025 ACS states that the FAA was aware of at least one event where continued vibration resulted in substantial damage to a helicopter's tailboom, but the aircraft was able to land safely. This event was assigned NTSB number WPR24LA319.

27.  The 2025 ACS does not limit the FAA's investigation to only aircraft equipped with aftermarket composite main rotor blades manufactured by Van Horn Aviation, LLC. In an article published May 14, 2025, https://www.ainonline.com/aviation-news/business-aviation/2025-05-13/faa-concerned-about-bell-206l-vertical-vibrations Van Horn Aviation, LLC's design engineer Chris Gatley pointed out that this severe vertical vibration issue is not isolated to Bell 206L-series helicopters with Van Horn Aviation, LLC's rotor blades.

28.  The 2025 ACS states that the FAA is collecting certain information on occurrences of in-flight abnormal vertical vibrations and the conditions or configurations of the rotorcraft at the time of the event. The 2025 ACS notes that the resolution of this airworthiness concern could involve Airworthiness Directive (AD) action, a Special Airworthiness Information Bulletin (SAIB), or no action. The FAA's final determination will depend in part on the information received in response to the 2025 ACS.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000006 of 000024

NOT

ORIGINAL DOCUMENT                                         11/12/2025

04:41:38 PM                                               89824-2

29. The FAA has not yet released any follow up guidance related to the 2025 ACS, nor has a determination been made as to the cause of the severe vertical vibrations.

**Helicopter Components at Issue**

30. While the General Aviation Revitalization Act ("GARA") limits suits against an aircraft manufacturers and aircraft parts manufacturers when any part or subassembly in an aircraft is replaced with a new part, a new 18-year period begins for that part from the date it is installed. See *Burroughs v. Precision Airmotive Corp.*, 78 Cal. App. 4th 681, 93 Cal. Rptr. 2d 124 (2000).

31. Additional parts or components were used and/or installed on the Bell Helicopter that caused or contributed to the crash thereby invoking the rolling of provision GARA.

32. Defendant Bell did not provide adequate warnings to operators about the severe vertical vibrations issue that it was aware of or should have been aware in the Bell 206L-series helicopters prior to the crash on October 7, 2024.

33. The STC SR02346LA; S-tec Corporation HeliSAS stability augmentation and autopilot IAW was installed in or about November 2015 ("stability augmentation and autopilot"). The applicable FAA Form 337 Major Repair and Alteration notes:

> Installed STC SR02346LA; S-tec Corporation HeliSAS stability augmentation and autopilot IAW FAA approved 'master data list, HeliSAS-MDL-206L, Revision E dated 6/9/2014, with the exception of wiring diagram document number, wiring IAW document number 407-739, revision N dated 5/14/2015. Updated Flight Manual with current Flight Manual Supplement document HeliSAS-RFMS-206 Rev. C dated 4/30/2015. Completed electrical load analysis. Updated aircraft weight & balance and equipment list. Instructions for Continued Airworthiness are contained in Document No. AA-10010 revision C dated 4/30/2015 or latest FAA approved revision.

34. The stability augmentation and autopilot caused an inflight emergency that caused or contributed to the Helicopter crash.

35. Defendant Sarasota did not provide adequate warnings to operators about the defects in the stability augmentation and autopilot prior to the crash on October 7, 2024.

36. In November 2015, the applicable FAA Form 337 Major Repair and Alteration notes:

> Installed Van Horn Aviation, LLC. Composite Tail Rotor Blades in accordance with STC # SR02249LA instructions for continued

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000007 of 000024

NOT

ORIGINAL DOCUMENT

11/12/2025

04:41:38 PM

898.24-2

airworthiness manual number VMM-206L3-307 Rev. H dated 10/9/2013. Installed Van Horn Aviation, LLC flight manual supplement number 206L4-FMS-904 Rev 2 dated 7/2/2012 in the rotorcraft flight manual. Updated aircraft equipment list and weight and balance change determined to be negligible.

Instructions for continued airworthiness: Refer to Chapter 4 Airworthiness Limitations of the latest FAA approved revision of Van Horn Aviation, LLC instructions for continued airworthiness manual number VMM-206L3-307 for life limits of tail rotor blades. Inspect composite tail rotor blades in accordance with Chapter 5 of the latest FAA approved revision of Van Horn Aviation, LLC instructions for continued airworthiness manual number VMM-206L3-307. Maintain composite tail rotor blades in accordance with the latest FAA approved revision of Van Horn Aviation, LLC instructions for continued airworthiness manual number VMM-206L3-307

37.     Defendant, Van Horn Aviation, LLC, did not provide adequate warnings to operators about the defects in the tail rotor blades prior to the crash on October 7, 2024.

38.     In April 2009, the applicable FAA Form 337 Major Repair and Alteration notes:

1. Installed pre-assembled Tail Rotor assy PN/206-011-810-151E SN/A-6251 IAW BHT 206L-3-MM 7 chap64-10 and Lord Corporation SM-6470 dated 4-25-200, Top level Drawing S-7877 Rev C and temporary rev( TR) #01 dated 4-19-07. Installed weight on tail by drilling two holes as per Lord instructions, applied sealant and secured with supplied screws MS27039-0833, washers NAS1149DN832J nuts MS21042L08. Installed decal from kit (No Step).

2. Weight & Balance change updated in Aircraft records

39.     Lord Corporation designed the preassembled tail rotor elastomeric damper as indicated. Lord Corporation's defective design and/or manufacturing caused or contributed to the Helicopter crash.

40.     Lord Corporation did not provide adequate warnings to operators about the defects in the preassembled tail rotor elastomeric damper prior to the crash on October 7, 2024.

41.     XYZ Corporation, an unknown entity or entities, designed, manufactured, and/or supplied replacement parts that caused or contributed to the crash of the Helicopter ("Replacement Parts").

42.     XYZ Corporation did not provide adequate warnings to operators about the potential for severe vertical vibrations in the Bell 206L-series helicopters prior to the crash on October 7, 2024.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000008 of 000024

ORIGINAL DOCUMENT

NOT

11/12/2025

89824-2

**<u>Pilot Error</u>**

04:41:38 PM

43.     It is Plaintiff's belief that facts exist regarding Pilot error as a cause or contributing factor to this crash.

<u>CLAIMS FOR RELIEF</u>
**Count I - Product Liability**
**(against Defendant Bell)**

44.     Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

45.     Bell sold the Helicopter in a defective condition that was unreasonably dangerous to users and consumers.

46.     The Helicopter contained defects in its design, manufacture, and/or warnings that made it unreasonably dangerous, including but not limited to defects related to the main rotor system that could cause severe vertical vibrations.

47.     The Helicopter was being operated in its intended manner as an air ambulance at the time of the crash.

48.     The defective condition of the Helicopter was a substantial factor in causing the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh due to the defective condition of the Helicopter causing or contributing to the vertical vibration defect.

49.     The crash and resulting deaths would not have occurred but for the defective condition of the Helicopter.

50.     Bell was engaged in the business of designing, manufacturing, and selling helicopters, including the Bell 206L-3 model.

51.     Bell regularly designs, manufactures, markets, and sells helicopters for commercial and emergency medical service use.

**Count II - Negligence - Design Defect**
**(against Defendant Bell)**

52.     Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

53.     Bell owed a duty of care to design a reasonably safe helicopter.

54.     As a helicopter manufacturer, Bell had a duty to design its products, including the Bell 206L-3 helicopter, to be reasonably safe for their intended use.

NOT

ORIGINAL DOCUMENT

11/12/2025

04:41:38 PM

89824-2

55. Bell breached its duty by designing the Bell 206L-3 Helicopter with defects that made it unreasonably dangerous.

56. The FAA's Airworthiness Concern Sheet indicates that Bell 206L-series helicopters may have a design issue causing severe vertical vibrations, which subsides when additional load is applied to the main rotor by increasing collective.

57. The design defects in the Bell 206L-3 Helicopter were a direct and proximate cause of the crash and the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh.

58. The Helicopters' design defects, including but not limited to, those related to the main rotor system, directly contributed to the crash sequence when the rotor blades struck the towers guy wire.

59. As a direct and proximate result of Bell's negligent design, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

60. James D. Welsh's statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

**Count III - Negligence - Failure to Warn**
**(against Defendant Bell)**

61. Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

62. Bell knew or should have known about dangers associated with the Bell 206L-3 helicopter.

63. The FAA's Airworthiness Concern Sheet indicates that Bell 206L-series helicopters have experienced severe vertical vibrations, suggesting this was a known or knowable problem.

64. Bell failed to provide adequate warnings about the dangers associated with the Bell 206L-3 helicopter.

65. There is no indication that Bell issued warnings to operators about the potential for severe vertical vibrations in the Bell 206L-series helicopters prior to the crash on October 7, 2024.

66. Bell's failure to warn was a direct and proximate cause of the crash and the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh.

ORIGINAL DOCUMENT
04:41:38 PM

NOT

11/12/2025

89824-2

67.  Had Bell provided adequate warnings about the potential for severe vertical vibrations and instructions on how to respond to such situations, the crash could have been prevented.

68.  As a direct and proximate result of Bell's failure to warn, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

69.  The statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

**Count IV - Negligence - Design Defect**
**(against Defendant Sarasota Avionics & Maintenance)**

70.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

71.  Defendant Sarasota owed a duty of care to design and/or install reasonably safe Genesys Aerosystems HeliSAS for Bell 206B ("Aerosystem").

72.  As a helicopter replacement part manufacturer and installer, Defendant Sarasota had a duty to design and install all products, including the Aerosystem, to be reasonably safe for their intended use.

73.  Defendant Sarasota breached its duty by designing and/or installing the Aerosystem with defects that made it unreasonably dangerous.

74.  The design defects in the Aerosystem for the Bell 206L-3 Helicopter were a direct and proximate cause of the crash and the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh.

75.  The Aerosystem's design defects directly contributed to the crash sequence when the rotor blades struck the tower's guy wire.

76.  As a direct and proximate result of Defendant Sarasota's negligent installation and/or design, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

77.  James D. Welsh's statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

**Count V - Negligence - Design Defect**
**(against Defendant Genesys Aerosystems d/b/a S-Tec Corporation)**

78.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000011 of 000024

NOT

ORIGINAL DOCUMENT

11/12/2025

04:41:38 PM

89824-2

79.  Defendant Genesys Aerosystems, d/b/a S-Tec Corporation, owed a duty of care to design and/or install reasonably safe Genesys Aerosystems for Bell 206B ("Aerosystem"). Plaintiffs believe that Genesys Aerosystems may be owned by Moog. Inc.

80.  As a helicopter replacement part manufacturer, Defendant Genesys Aerosystems had a duty to install and/or design its products, including the Aerosystem, to be reasonably safe for their intended use.

81.  Defendant Genesys Aerosystems breached its duty by installing and/or designing the Aerosystem with defects that made it unreasonably dangerous.

82.  The design defects in the Aerosystem for the Bell 206L-3 Helicopter were a direct and proximate cause of the crash and the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh.

83.  The Aerosystem's design defects directly contributed to the crash sequence when the rotor blades struck the tower's guy wire.

84.  As a direct and proximate result of Defendant Genesys Aerosystems' negligent install and/or design, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

85.  James D. Welsh's statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

**Count VI - Negligence - Design Defect**
**(against Defendant Van Horn Aviation, LLC)**

86.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

87.  Defendant, Van Horn Aviation, LLC, owed a duty of care to design reasonably safe tail rotor blades ("Tail Rotor Blades").

88.  As a helicopter replacement part manufacturer, Defendant, Van Horn Aviation, LLC, had a duty to design its products, including the Tail Rotor Blades, to be reasonably safe for their intended use.

89.  Defendant, Van Horn Aviation, LLC, breached its duty by designing the Tail Rotor Blades with defects that made it unreasonably dangerous.

90.  The design defects in the Tail Rotor Blades for the Bell 206L-3 Helicopter were a direct and proximate cause of the crash and the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh.

NOT

ORIGINAL DOCUMENT

11/12/2025

04:41:38 PM

89824-2

91.  The Tail Rotor Blades' design defects directly contributed to the crash sequence when the rotor blades struck the tower's guy wire.

92.  As a direct and proximate result of Defendant, Van Horn Aviation, LLC, negligent design, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

93.  James D. Welsh's statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

### Count VII - Negligence - Design Defect
### (against Defendant Lord Corporation)

94.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

95.  Lord Corporation owed a duty of care to design reasonably safe tail rotor elastomeric damper ("Tail Rotor Blades").

96.  As a helicopter replacement part manufacturer, Lord Corporation had a duty to design its products, including the tail rotor elastomeric damper, to be reasonably safe for their intended use.

97.  Lord Corporation breached its duty by designing the tail rotor elastomeric damper with defects that made it unreasonably dangerous.

98.  The design defects in the tail rotor elastomeric damper for the Bell 206L-3 Helicopter were a direct and proximate cause of the crash and the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh.

99.  The tail rotor elastomeric damper design defects directly contributed to the crash sequence when the rotor blades struck the tower's guide wire.

100.  As a direct and proximate result of Lord Corporation negligent design, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

101.  James D. Welsh's statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

### Count VIII - Pilot Error
### (against Defendant Gale E. Alleman, Jr.)

102.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000013 of 000024

NOT

ORIGINAL DOCUMENT

11/12/2025

04:41:38 PM

89824-2

103. The Pilot, Defendant, Gale E. Alleman, Jr., at all relevant times was operating the subject Helicopter on October 7, 2024.

104. Defendant Alleman breached the duty of standard of reasonable care by failing to act or otherwise deviating from regulatory standards.

105. Said Pilot Alleman's negligent act or omission was a direct, proximate cause, or contributing factor, of the crash resulting in Plaintiff's injuries and/or losses.

106. As a direct and proximate result of Defendant Gale E. Alleman negligence, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

107. James D. Welsh's statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

### Count IX - Product Liability
### (against Defendant XYZ Corporation)

108. Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

109. XYZ Corporation sold Replacement Parts for the Helicopter in a defective condition that was unreasonably dangerous to users and consumers.

110. The Replacement Parts for the Helicopter contained defects in its design, manufacture, and/or warnings that made it unreasonably dangerous, including but not limited to defects related to the main rotor system that could cause severe vertical vibrations.

111. The Replacement Parts for the Helicopter reached the user or consumer without substantial change in the condition in which it was sold.

112. The Replacement Parts for the Helicopter were being operated in its intended manner as an air ambulance at the time of the crash.

113. The defective condition of the Replacement Parts was a substantial factor in causing the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh due to the Replacement Parts causing or contributing to the vertical vibration defect.

114. The crash and resulting deaths would not have occurred but for the defective condition of the Replacement Parts.

115. XYZ Corporation was engaged in the business of designing, manufacturing, and selling replacement parts for helicopters, including the Bell 206L-3 model.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000014 of 000024

NOT

ORIGINAL DOCUMENT

11/12/2025
04:41:38 PM

89824-2

116.  XYZ Corporation regularly designs, manufactures, markets, and sells replacement parts for helicopters for commercial and emergency medical service use.

### Count X - Negligence - Design Defect
### (against Defendant XYZ Corporation)

117.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

118.  XYZ Corporation owed a duty of care to design reasonably safe Replacement Parts.

119.  As a helicopter replacement part manufacturer, XYZ Corporation had a duty to design its products, including the Replacement Parts, to be reasonably safe for their intended use.

120.  XYZ Corporation breached its duty by designing the Replacement Parts with defects that made it unreasonably dangerous.

121.  The FAA's Airworthiness Concern Sheet indicates that Replacement Parts for the Bell 206L-series helicopters may have a design issue causing severe vertical vibrations, which subsides when additional load is applied to the main rotor by increasing collective.

122.  The design defects in the Replacement Parts for the Bell 206L-3 Helicopter were a direct and proximate cause of the crash and the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh.

123.  As a direct and proximate result of XYZ Corporation's negligent design, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

124.  James D. Welsh's statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

### Count XI - Negligence - Failure to Warn
### (against Defendant XYZ Corporation)

125.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

126.  XYZ Corporation knew or should have known about dangers associated with its Replacement Parts for the Bell 206L-3 helicopter.

127.  The FAA's Airworthiness Concern Sheet indicates that Bell 206L-series helicopters have experienced severe vertical vibrations, suggesting this was a known or knowable problem.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000015 of 000024

NOT

ORIGINAL DOCUMENT

11/12/2025

04:41:38 PM

89824-2

128. XYZ Corporation failed to provide adequate warnings about the dangers associated with its Replacement Parts for the Bell 206L-3 helicopter.

129. There is no indication that XYZ Corporation issued warnings to operators about the potential for severe vertical vibrations from the use of its Replacement Parts in the Bell 206L-series helicopters prior to the crash on October 7, 2024.

130. XYZ Corporation's failure to warn was a direct and proximate cause of the crash and the deaths of Gale E. Alleman, Bethany J. Aicken, and James D. Welsh.

131. Had XYZ Corporation provided adequate warnings about the potential for severe vertical vibrations and instructions on how to respond to such situations, the crash could have been prevented.

132. As a direct and proximate result of XYZ Corporation's failure to warn, James D. Welsh suffered fatal injuries, and his statutory beneficiaries have suffered damages.

133. The statutory beneficiaries have suffered pecuniary losses, including loss of income and financial support, as well as non-pecuniary losses, including loss of companionship, guidance, and support.

**Count XII-Wrongful Death**
**(against Defendant Bell, et al.)**

134. Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

135. Gale E. Alleman, Bethany J. Aicken, and James D. Welsh died as a result of the Helicopter crash on October 7, 2024.

136. The crash and resulting deaths were pronounced at 1740 hours on October 7, 2024, by the Owen County Coroner.

137. The death of James D. Welsh was caused by the negligence and wrongful acts of Bell, et al.

138. Defendant Bell, Defendant Sarasota, Defendant Genesys, Defendant Van Horn Aviation, LLC, Defendant Lord Corporation, Defendant XYZ Corporation and Defendant, Estate of Gale E. Alleman, Jr.'s negligence and wrongful acts including but not limited to designing, manufacturing, and selling a defective Helicopter, designing, manufacturing, and selling a defective Helicopter component and or part(s), failing to provide adequate warnings about known dangers, as well as pilot error.

139. Had James D. Welsh survived the crash, he would have been entitled to maintain actions against Bell, et al., for their injuries.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000016 of 000024

NOT
11/12/2025
89824-2

ORIGINAL DOCUMENT

04:41:38 PM

140.  The personal representatives of the estate of James D. Welsh is entitled to recover damages for the benefit of the statutory beneficiaries pursuant to KRS § 411.130.

### Count XIII-Loss of Consortium (Spouse)

141.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

142.  At the time of the fatal crash herein, and alleged in the above complaint, James Welsh and Haley Welsh were married on October 29, 2022 and remained so up until the date of his death.

143.  Plaintiff, individually and as surviving spouse of the Decedent, realleges and incorporates all preceding paragraphs.

144.  As a direct and proximate result of Defendants' negligence, Plaintiff suffered and will continue to suffer loss of love, affection, companionship, consortium, services of the Decedent and loss of financial support of the Decedent. Plaintiff is entitled to damages for such losses.

### Count XIV – Loss of Parental Consortium (Unborn Child)

145.  Plaintiffs repeat and reallege the allegations set forth in the previous paragraphs as if fully set forth herein.

146.  Plaintiff, on behalf of the minor child of the Decedent, A.J.W., asserts a claim for loss of parental consortium and loss of financial support.

147.  The child was unborn at the time of the crash. He was born on October 29, 2022, the newborn child has been deprived of the care, guidance, affection, companionship, loss of financial support of the Decedent and protection that would have been provided by the Decedent.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. For compensatory damages for the wrongful death of James D. Welsh pursuant to KRS § 411.130, in an amount to be determined at trial;

2. For damages for the pain and suffering experienced by James D. Welsh prior to his death pursuant to KRS § 411.133, in an amount to be determined at trial;

3. For funeral and burial expenses pursuant to KRS § 411.130, in an amount to be determined at trial;

4. For punitive damages pursuant to KRS § 411.184, in an amount to be determined at trial;

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000017 of 000024

ORIGINAL DOCUMENT

04:41:38 PM

NOT

11/12/2025

89824-2

5. For pre-judgment and post-judgment interest pursuant to KRS § 360.040, at the rate of six percent (6%) compounded annually;

6. For costs pursuant to Ky. CR Rule 54.04, in an amount to be determined at trial;

7. Plaintiff files this complaint to protect and to preserve all claims within the applicable statute of limitations expressly reserving the right to amend once the NTSB issues its final report or releases the wreckage for inspections.

8. For such other relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

/s/ MARGO L. GRUBBS
MARGO L. GRUBBS, ESQ. (KBA # 27515)
Grubbs & Landry, PLLC
334 Beechwood Road, Suite 503
Ft. Mitchell, KY 41017
Ph: 859-341-2500
Fax: 859-341-2344
margo@grubbslaw.com
Counsel for Plaintiff

/s/ MICHELLE SNODGRASS
MICHELLE SNODGRASS (KBA # 87531)
331 York Street
Newport, KY 41071
859-412-0412
michelle@michellesnodgrasslaw.com
Counsel for Plaintiff

/s/ VANITA S. FLECKINGER
VANITA FLECKINGER (KBA#87669)
Fleckinger Law, PLLC
331 York Street
Newport, KY 41071
Ph: 859-372-6650
vanita@fleckingerlaw.com
Counsel for Plaintiff

ORIGINAL DOCUMENT

04:41:38 PM

### VERIFICATION

Comes now the Plaintiff, HALEY WELSH, having been duly cautioned and sworn and 89824-2 having read the foregoing Verified Complaint and does hereby affirm that all is accurate to the best of her knowledge.

*Haley Welsh*
HALEY WELSH

COMMONWEALTH OF KENTUCKY            )

COUNTY OF KENTON                                )

SUBSCRIBED sworn and attested to by HALEY WELSH, before me, a notary, state at large, this ___9th___ day of September, 2025.

*Angela M. Holley*
NOTARY, STATE AT LARGE
My Commission expires: 10/23/2028
Notary ID: KYNP93628

NOT

ORIGINAL DOCUMENT

# National Transportation Safety Board

Office of the General Counsel

04:41:38 PM

Washington, DC 20594



11/12/2025

88824-2

February 6, 2025



Via email to cdevers@dmllc.law

Cynthia M. Devers
Devers Miska Law
One Bala Plaza, Suite 635
Bala Cynwyd, PA 19004

> Re: Bell 206L-3 (N230AE) accident; Owenton, KY; October 7, 2024; NTSB
> Investigation Number ERA25FA005

Dear Ms. Devers:

This letter responds to your Request for Documents, dated January 9, 2025, which you submitted to the National Transportation Safety Board (NTSB) pursuant to 49 C.F.R. § 837, seeking access to materials in connection with the above accident. You submitted the request on behalf of your client, the estate of James Welsh.

The NTSB is continuing its investigation into this accident, and relevant factual information will be released in the public docket on the NTSB's website at NTSB.gov as it becomes available. These factual materials are not subject to the exclusionary rule that precludes admission of final Board reports into evidence in civil litigation. Although 49 U.S.C. § 1154(b) precludes a court from admitting into evidence, in accident-related civil litigation, a final Board report containing the Board's analysis and conclusions as to the probable cause of an accident, "[t]he Board does not object to, and there is no statutory bar to, admission in litigation of factual accident reports." 49 C.F.R. § 835.2. Therefore, relevant factual information related to this investigation will be available to your clients for use in litigation.

In this request, you requested the following: release of the wreckage; the maintenance records; and aircraft logbooks.

The accident is still under investigation by the NTSB, and we have retained the wreckage for further examination. While we attempt to preserve as much of the wreckage as possible, consistent with the needs of the investigation, Federal law grants the NTSB exclusive authority to conduct inspections, examinations, testing (including destructive testing as necessary), documentation, and all other activity involving evidence from the accident during its investigation. *See* 49 U.S.C. § 1134 and 49 C.F.R.

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000020 of 000024

**NOT**

**ORIGINAL DOCUMENT**

11/12/2025

04:41:38 PM

§ 831.12(a)-(b). At this early stage of the investigation we are unable to release the 89824-2 wreckage, provide a copy of the maintenance records, or provide a copy of the logbooks.

Therefore, after careful consideration, the NTSB denies your request for information under 49 C.F.R. § 837 at this time.

Sincerely,

**ERIC JOHNSON**    Digitally signed by ERIC JOHNSON
Date: 2025.02.06
11:38:51 -05'00'

Eric M. Johnson
Attorney Advisor

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000021 of 000024

## Fwd: NTSB Update Regarding Accident Investigation Number ERA25FA005

NOT

ORIGINAL DOCUMENT

**From**  Haley Welsh
**To**  Margo Grubbs <margo@grubbslaw.com>, Michelle Snodgrass <michelle@michellesnodgrasslaw.com>, Angie Holley <angie@grubbslaw.com>, Vanita Fleckinger <vanita@fleckingerlaw.com>
**Date**  2025-10-04 08:16 AM

04:41:38 PM

11/12/2025

89824-2

Good Morning,

I received this email regarding the NTSB report and a change of Investigator in Charge. I just wanted to pass along the message just in case. Let me know if there is anything else I can do to help.

Thank you,
Haley Welsh

---------- Forwarded message ---------
From: **Max Green** <max.green@ntsb.gov>
Date: Fri, Oct 3, 2025 at 12:33 PM
Subject: NTSB Update Regarding Accident Investigation Number ERA25FA005
To

Mrs. Welsh-

I hope this email finds you and your family doing as well as can be expected during this difficult time.

For your awareness, the National Transportation Safety Board's (NTSB) Office of Aviation Safety's Investigator-in-Charge who was assigned to this accident investigation is no longer with the agency. The investigation has been reassigned to Senior Air Safety Investigator, Mr. Timothy Monville, for completion.

The investigation is ongoing and most of the fact-gathering phase has been completed. Currently the Investigator-in-Charge (IIC), Mr. Timothy Monville, is reviewing the case to determine the next steps. Unfortunately, I cannot provide you with an estimated date of completion of the investigation. The remaining milestones in the timeline of this investigation are:

- Development of the final report by IIC Monville.
- Supervisory Review.
- Scheduled release of the Aviation Investigation Final Report and Public Docket
  - The Aviation Final Report will contain and narrative of the factual information and a statement of the probable cause of the accident if it has been determined.
  - The Public Docket is a compilation of the factual information collected throughout the investigation.

I am continuing to monitor the status of the investigation and will notify you when the Aviation Investigation Final Report and Public Docket are scheduled to be released.

Please do not hesitate to contact me if you have any questions.

You and your family are in my thoughts as October 7, 2025, approaches.

Most respectfully,

Max Green

Max Green

Emergency Operations Coordinator
National Transportation Safety Board



PLAINTIFF'S EXHIBIT
B

Transportation Disaster Assistance Division

490 L'Enfant Plaza East, SW

Washington, DC 20594

Office: (202) 314-6611

Email: max.green@ntsb.gov

CONFIDENTIALITY NOTICE - THIS E-MAIL TRANSMISSION MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, PROPRIETARY, SUBJECT TO COPYRIGHT, AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IT IS FOR THE USE OF INTENDED RECIPIENTS ONLY. If you are not an intended recipient of this message, please notify the original sender immediately by forwarding what you received and then delete all copies of the correspondence and attachments from your computer system. Any use, distribution, or disclosure of this message by unintended recipients is not authorized and may be unlawful.

NOT

11/12/2025

89824-2

04:41:38 PM

ORIGINAL DOCUMENT

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000023 of 000024

ORIGINAL DOCUMENT

NOT

11/12/2025

89824-2

04:41:38 PM



NEWS RELEASE

NTSB Issues Urgent Recommendations on Fire Risk for SEPTA Railcar Fleet

You may still report an accident to the Response Operations Center at 1-844-373-9922.

Learn more about reporting a transportation accident

**Due to a lapse in funding, NTSB.gov will be available but not updated. It was last updated Oct. 1, 2025. NTSB will not be able to respond to inquiries until after appropriations are enacted.**

NTSB | National Transportation Safety Board

Investigations   Safety Research   News & Events   Advocacy   Family Assistance   About Us

Pilots & Public Safety Agencies: Report

Search for Investigation Case Materials

Search Investigation and

Presiding Judge: HON. LESLIE KNIGHT (615355)

COM : 000024 of 000024

PLAINTIFF'S EXHIBIT
C

ORIGINAL DOCUMENT

04:42:54 PM

NOT

11/12/2025

89824-2

# COMMONWEALTH OF KENTUCKY
## OWEN COUNTY CIRCUIT COURT
### CASE NO. _____
### DIVISION: _____

HALEY WELSH, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE
OF JAMES D. WELSH, deceased,

and

HALEY WELSH, MOTHER AND
GUARDIAN OF A.J.W, a minor, son of James D. Welsh

PLAINTIFFS

v.

BELL TEXTRON, INC., a Delaware corporation

    SERVE REGISTERED AGENT:

    CT CORPORATION SYSTEM
    306 W MAIN STREET, SUITE 512
    FRANKFORT, KY, 40601

and

SARASOTA AVIONICS, INC.

    SERVE REGISTERED AGENT:

    KIRK FRYAR
    120 AIRPORT AVE WEST
    VENICE, FL 34285

and

SARASOTA AVIONICS & MAINTENANCE, LLC

    SERVE REGISTERED AGENT:

    SHAWN MCCLINTOCK
    120 AIRPORT AVE WEST
    VENICE, FL 34285

Presiding Judge: HON. LESLIE KNIGHT (615355)

STAY : 000001 of 000010

ORIGINAL DOCUMENT

and

04:42:54 PM

SARASOTA AVIONICS, THA, LLC

SERVE REGISTERED AGENT:

SHAWN MCCLINTOCK
120 AIRPORT AVE WEST
VENICE, FL 34285

and

GENESYS AEROSYSTEMS d/b/a
S-Tec Corporation, a Texas Corporation,
and possibly known as Moog, Inc.

SERVE REGISTERED AGENT:

CORPORATION CREATIONS NETWORK, INC.,
2595 N. DALLAS PARKWAY, SUITE 350
FRISCO, TX 75034

and

VAN HORN AVIATION, LLC, an Arizona Corporation

SERVE REGISTERED AGENT:

GARY A. DRUMMOND
4747 N. 7TH STREET, SUITE 402
PHOENIX, AZ 85014

and

LORD CORPORATION, a Pennsylvania Corporation

SERVE REGISTERED AGENT:

CT CORPORATION SYSTEM
306 W MAIN STREET, SUITE 512
FRANKFORT, KY, 40601

and

XYZ CORPORATION(S),

Presiding Judge: HON. LESLIE KNIGHT (615355)

STAY : 000002 of 000010

ORIGINAL DOCUMENT

and
04:42:54 PM

NOT

11/12/2025

89824-2

ESTATE OF GALE E. ALLEMAN, JR. Deceased

SERVE: JUDITH ALLEMAN, ADMINISTRATRIX
c/o ELIZABETH LYTLE, Agent for Process
42 STONEGATE DRIVE
FLORENCE, KY 41042

---

## MOTION TO STAY PROCEEDINGS PENDING COMPLETION OF NTSB INVESTIGATION

---

**COMES NOW,** Plaintiffs, HALEY WELSH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JAMES D. WELSH, by and through counsel, pursuant to the Kentucky Rules of Civil Procedure, and hereby respectfully moves this Court to stay all proceedings in this matter pending the completion of the National Transportation Safety Board ("NTSB") investigation and a reasonable opportunity for all parties to examine the helicopter wreckage and logbook. In support of this Motion, Plaintiffs state as follows:

1) On or about October 6, 2025, Plaintiff Haley Welsh, individually and as administratrix of the Estate of James D. Welsh, filed a Complaint against Bell Textron, Inc. and other defendants alleging claims including but not limited to product liability, negligence, design defect, failure to warn, pilot error, and wrongful death arising from a helicopter crash that occurred on October 7, 2024, in Owen County, Kentucky.

2) As stated in Paragraphs 17-23 of the Complaint, the NTSB immediately began investigating the crash and has taken exclusive control of both the helicopter wreckage and the helicopter logbook.

Presiding Judge: HON. LESLIE KNIGHT (615355)

STAY : 000003 of 000010

NOT

ORIGINAL DOCUMENT

11/12/2025
04:42:54 PM

3) The NTSB has denied requests to have the helicopter wreckage and logbook viewed by experts
and has indicated that such examination will only be permitted after the completion of its
investigation. See attached Exhibits "A" and "B" regarding NTSB's denial.

4) The helicopter wreckage and logbook constitute critical evidence in this case. Without access
to this critical evidence, the parties cannot adequately investigate the claims and defenses in
this case, retain appropriate experts, or engage in meaningful discovery.

5) Federal law grants the NTSB exclusive authority to investigate civil aircraft accidents and to
maintain control over aircraft wreckage, records, and other evidence during its investigation.

6) Federal regulations specifically govern access to and release of wreckage and records during
NTSB investigations. 49 C.F.R. section 831.12.

7) This Court has the inherent authority to manage its docket and stay proceedings when
appropriate.

8) The Circuit Court, as a court of general jurisdiction with original jurisdiction of all justiciable
causes not exclusively vested in some other court, has the authority to manage the timing of
proceedings in this case.

9) The Kentucky Rules of Civil Procedure provide this Court with broad discretion to manage
discovery and the timing of proceedings to prevent undue burden and promote the efficient
administration of justice.

10)    A stay of proceedings is appropriate in this case because:

   a) The NTSB investigation will likely provide critical information regarding the cause of the
   crash;

   b) The parties cannot adequately investigate the claims without access to the helicopter
   wreckage and logbook;

ORIGINAL DOCUMENT

   c) Proceeding with discovery and other pretrial matters without access to this critical evidence would be inefficient and potentially wasteful; and

   d) A temporary stay will not result in undue prejudice to any party.

11) The requested stay would remain in effect only until the NTSB completes its investigation and releases the helicopter wreckage and logbook, plus a reasonable period thereafter to allow the parties to examine the evidence and conduct appropriate testing.

12) This Motion is not made for purposes of delay but rather to ensure that all parties have access to critical evidence necessary for the fair and efficient resolution of this case.

**WHEREFORE**, Plaintiffs, HALEY WELSH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JAMES D. WELSH respectfully requests that this Court:

   1)    Stay all proceedings in this case pending the completion of the NTSB investigation and the release of the helicopter wreckage and helicopter logbook;

   2)    Order that the stay remain in effect until a reasonable time after the release of the helicopter wreckage and logbook to allow all parties to examine the evidence; and

   3)    Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ MARGO L. GRUBBS_____
MARGO L. GRUBBS, ESQ. (KBA # 27515)
Grubbs & Landry, PLLC
334 Beechwood Road, Suite 503
Ft. Mitchell, KY 41017
Ph: 859-341-2500
Fax: 859-341-2344
margo@grubbslaw.com

ORIGINAL DOCUMENT

04:42:54 PM

NOT

11/12/2025

89824-2

/s/ MICHELLE SNODGRASS
MICHELLE SNODGRASS (KBA # 87531)
331 York Street
Newport, KY 41071
859-412-0412
michelle@michellesnodgrasslaw.com
Counsel for Plaintiff

/s/ VANITA S. FLECKINGER
VANITA FLECKINGER (KBA#87669)
Fleckinger Law, PLLC
331 York Street
Newport, KY 41071
Ph: 859-372-6650
vanita@fleckingerlaw.com
Counsel for Plaintiff

Presiding Judge: HON. LESLIE KNIGHT (615355)

## Notice

Please take notice that the above motion shall be heard on the 18th day of November, 2025 at 10:00 a.m.

## Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing was served with the Complaint herein to the parties. A true and accurate copy of the foregoing was served to Judge Knight via email at Krissyschlueter@kycourts.net.

/s/ MARGO L. GRUBBS
MARGO L. GRUBBS

STAY : 000006 of 000010

NOT

ORIGINAL DOCUMENT

04:42:54 PM

# National Transportation Safety Board
Office of the General Counsel

Washington, DC 20594

11/12/2025

89824-2

PLAINTIFF'S
EXHIBIT
A

February 6, 2025

Via email to cdevers@dmllc.law

Cynthia M. Devers
Devers Miska Law
One Bala Plaza, Suite 635
Bala Cynwyd, PA 19004

Re:    Bell 206L-3 (N230AE) accident; Owenton, KY; October 7, 2024; NTSB
Investigation Number ERA25FA005

Dear Ms. Devers:

This letter responds to your Request for Documents, dated January 9, 2025, which you submitted to the National Transportation Safety Board (NTSB) pursuant to 49 C.F.R. § 837, seeking access to materials in connection with the above accident. You submitted the request on behalf of your client, the estate of James Welsh.

The NTSB is continuing its investigation into this accident, and relevant factual information will be released in the public docket on the NTSB's website at NTSB.gov as it becomes available. These factual materials are not subject to the exclusionary rule that precludes admission of final Board reports into evidence in civil litigation. Although 49 U.S.C. § 1154(b) precludes a court from admitting into evidence, in accident-related civil litigation, a final Board report containing the Board's analysis and conclusions as to the probable cause of an accident, "[t]he Board does not object to, and there is no statutory bar to, admission in litigation of factual accident reports." 49 C.F.R. § 835.2. Therefore, relevant factual information related to this investigation will be available to your clients for use in litigation.

In this request, you requested the following: release of the wreckage; the maintenance records; and aircraft logbooks.

The accident is still under investigation by the NTSB, and we have retained the wreckage for further examination. While we attempt to preserve as much of the wreckage as possible, consistent with the needs of the investigation, Federal law grants the NTSB exclusive authority to conduct inspections, examinations, testing (including destructive testing as necessary), documentation, and all other activity involving evidence from the accident during its investigation. *See* 49 U.S.C. § 1134 and 49 C.F.R.

Presiding Judge: HON. LESLIE KNIGHT (615355)

STAY : 000007 of 000010

ORIGINAL DOCUMENT

NOT

11/12/2025

04:42:54 PM

89824-2

§ 831.12(a)-(b). At this early stage of the investigation we are unable to release the wreckage, provide a copy of the maintenance records, or provide a copy of the logbooks.

Therefore, after careful consideration, the NTSB denies your request for information under 49 C.F.R. § 837 at this time.

Sincerely,

ERIC
JOHNSON

Digitally signed by ERIC
JOHNSON
Date: 2025.02.06
11:38:51 -05'00'

Eric M. Johnson
Attorney Advisor

Presiding Judge: HON. LESLIE KNIGHT (615355)

STAY : 000008 of 000010

## Fwd: NTSB Update Regarding Accident Investigation Number ERA25FA005

| | |
|---|---|
| **From** | Haley Welsh |
| **To** | Margo Grubbs <margo@grubbslaw.com>, Michelle Snodgrass <michelle@michellesnodgrasslaw.com>, Angie Holley <angie@grubbslaw.com>, Vanita Fleckinger <vanita@fleckingerlaw.com> |
| **Date** | 2025-10-04 08:16 AM |

Good Morning,

I received this email regarding the NTSB report and a change of Investigator in Charge. I just wanted to pass along the message just in case. Let me know if there is anything else I can do to help.

Thank you,
Haley Welsh

---------- Forwarded message ----------
From: **Max Green** <max.green@ntsb.gov>
Date: Fri, Oct 3, 2025 at 12:33 PM
Subject: NTSB Update Regarding Accident Investigation Number ERA25FA005
To

Mrs. Welsh-

I hope this email finds you and your family doing as well as can be expected during this difficult time.

For your awareness, the National Transportation Safety Board's (NTSB) Office of Aviation Safety's Investigator-in-Charge who was assigned to this accident investigation is no longer with the agency. The investigation has been reassigned to Senior Air Safety Investigator, Mr. Timothy Monville, for completion.

The investigation is ongoing and most of the fact-gathering phase has been completed. Currently the Investigator-in-Charge (IIC), Mr. Timothy Monville, is reviewing the case to determine the next steps. Unfortunately, I cannot provide you with an estimated date of completion of the investigation. The remaining milestones in the timeline of this investigation are:

- Development of the final report by IIC Monville.
- Supervisory Review.
- Scheduled release of the Aviation Investigation Final Report and Public Docket
  - The Aviation Final Report will contain and narrative of the factual information and a statement of the probable cause of the accident if it has been determined.
  - The Public Docket is a compilation of the factual information collected throughout the investigation.

I am continuing to monitor the status of the investigation and will notify you when the Aviation Investigation Final Report and Public Docket are scheduled to be released.

Please do not hesitate to contact me if you have any questions.

You and your family are in my thoughts as October 7, 2025, approaches.

Most respectfully,

Max Green

Max Green

Emergency Operations Coordinator

National Transportation Safety Board


PLAINTIFF'S EXHIBIT 6

*Right margin (rotated):* Presiding Judge: HON. LESLIE KNIGHT (615355)     STAY : 000009 of 000010

Transportation Disaster Assistance Division

490 L'Enfant Plaza East, SW
Washington, DC 20594

Office: (202) 314-6611

Email: max.green@ntsb.gov

CONFIDENTIALITY NOTICE - THIS E-MAIL TRANSMISSION MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, PROPRIETARY, SUBJECT TO COPYRIGHT, AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IT IS FOR THE USE OF INTENDED RECIPIENTS ONLY. If you are not an intended recipient of this message, please notify the original sender immediately by forwarding what you received and then delete all copies of the correspondence and attachments from your computer system. Any use, distribution, or disclosure of this message by unintended recipients is not authorized and may be unlawful.

NOT

11/12/2025

89824-2

Presiding Judge: HON. LESLIE KNIGHT (615355)

STAY : 000010 of 000010

NOT ORIGINAL
DOCUMENT
11/12/2025
04:54:53 PM
89824-2



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Owen County
PO Box 473
Owenton, KY 43059-0473

FROM:          SUMMONS DIVISION
               SECRETARY OF STATE

RE:            CASE NO: 25-CI-00164

DEFENDANT:     CORPORATION CREATIONS NETWORK, INC.

DATE:          October 27, 2025

USPS Certified Mail ID:   9202992267700103380466

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

October 17, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

October 20, 2025

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

Kentucky Secretary of State's Office          Summons Division          10/27/2025
Filed          25-CI-00164          10/27/2025          Margaret Forsee, Owen Circuit Clerk



October 27, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 3804 66**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 27, 2025, 3:07 pm |
| **Location:** | FRISCO, TX 75034 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* Ginazlo L |
| Address of Recipient: | 2595 N Dallas Pkwy |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002

NOT ORIGINAL
DOCUMENT
11/12/2025
04:53:45 PM
89824-2



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Owen County
PO Box 473
Owenton, KY 43059-0473

FROM:            SUMMONS DIVISION
                 SECRETARY OF STATE

RE:              CASE NO: 25-CI-00164

DEFENDANT:       CT CORPORATION SYSTEM

DATE:            October 24, 2025

USPS Certified Mail ID:   9202992267700103380213

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

October 16, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

October 17, 2025

We are enclosing the return receipt confirming receipt of summons.



October 24, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 3802 13**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 24, 2025, 9:37 am |
| **Location:** | FRANKFORT, KY 40601 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

NOT ORIGINAL
DOCUMENT
11/12/2025
04:55:23 PM
89824-2

Michael G. Adams
Secretary of State



**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Owen County
PO Box 473
Owenton, KY 43059-0473

FROM:          SUMMONS DIVISION
               SECRETARY OF STATE

RE:            CASE NO: 25-CI-00164

DEFENDANT:     CT CORPORATION SYSTEM

DATE:          October 29, 2025

USPS Certified Mail ID:   9202992267700103380824

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

October 17, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

October 20, 2025

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

Kentucky Secretary of State's Office          Summons Division                    10/29/2025
Filed          25-CI-00164     10/29/2025          Margaret Forsee, Owen Circuit Clerk

89824-2

**UNITED STATES POSTAL SERVICE**

October 29, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 3808 24**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 29, 2025, 11:34 am |
| **Location:** | FRANKFORT, KY 40601 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Recipient Signature |
| --- |



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002

NOT ORIGINAL
DOCUMENT
11/12/2025
04:55:53 PM
89824-2



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Owen County
PO Box 473
Owenton, KY 43059-0473

| | |
|---|---|
| FROM: | SUMMONS DIVISION<br>SECRETARY OF STATE |
| RE: | CASE NO: 25-CI-00164 |
| DEFENDANT: | GARY A DRUMMOND |
| DATE: | November 3, 2025 |
| USPS Certified Mail ID: | 9202992267700103380442 |

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

October 17, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

October 20, 2025

We are enclosing the return receipt confirming receipt of summons.

04:55:53

**UNITED STATES POSTAL SERVICE**

89824-2

November 3, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 3804 42**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 3, 2025, 1:11 pm |
| **Location:** | SCOTTSDALE, AZ 85255 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Recipient Signature | |
|---|---|

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

NOT ORIGINAL
DOCUMENT
11/12/2025
04:53:02 PM
89824-2

Michael G. Adams
Secretary of State



**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Owen County
PO Box 473
Owenton, KY 43059-0473

FROM:          SUMMONS DIVISION
               SECRETARY OF STATE

RE:            CASE NO: 25-CI-00164

DEFENDANT:     KIRK FRYAR

DATE:          October 23, 2025

USPS Certified Mail ID:   9202992267700103379958

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

October 16, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

October 17, 2025

We are enclosing the return receipt confirming receipt of summons.



October 23, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 3799 58**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 23, 2025, 9:51 am |
| **Location:** | VENICE, FL 34285 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *Bryan* *Alex Fryar* |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



Commonwealth of Kentucky
Court of Justice   Courts.ky.gov

CR 4.02; Cr Official Form 1

**33**

| | Case #: | **25-CI-00164** |
|---|---|---|
| | Court: | **CIRCUIT** |
| | County: | **OWEN** |

NOT

11/12/2025

**CIVIL SUMMONS**

89824-2

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

ADKL 1000   859. 240 5008

TO: **ELIZABETH LYTLE**

    **42 STONEGATE DRIVE**

    **FLORENCE, KY 41042**

Memo: Related party is ESTATE OF GALE EDWARD ALLEMAN, JR.



RECEIVED

OCT 08 2025

OCT 07 2025

LES K. HILL
Sheriff, Boone County, KY

LES K. HILL
Sheriff, Boone County, KY

The Commonwealth of Kentucky to Defendant:
**ESTATE OF GALE EDWARD ALLEMAN, JR.**

     You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Forsee*

Owen Circuit Clerk
Date: **10/6/2025**

---

## Proof of Service

This Summons was:

☑ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _Elizabeth Lytle_

☐ Not Served because: _____

Date: _10/16_, 20_25_      _M Kupper_
                                   Served By
               _3752_
                                     Title

Summons ID: @90005884488 , BOONE COUNTY SHERIFF
CIRCUIT: 25-CI-00164 Sheriff Service
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL
Filed    25-CI-00164    10/17/2025    Margaret Forsee, Owen Circuit Clerk

Page 1 of 1



eFiled

COR : 000001 of 000001

NOT ORIGINAL

DOCUMENT

11/12/2025

04:54:23 PM

89824-2



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Owen County
PO Box 473
Owenton, KY 43059-0473

FROM:            SUMMONS DIVISION
                 SECRETARY OF STATE

RE:              CASE NO: 25-CI-00164

DEFENDANT:       SHAWN MCCLINTOCK

DATE:            October 27, 2025

USPS Certified Mail ID:   9202992267700103380459

The Office of the Secretary of State was served with a summons and accompanying
documents for the captioned defendant on

October 17, 2025

This office served the defendant by sending a copy of the summons and
accompanying documents via certified mail, return receipt requested, on

October 20, 2025

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

**UNITED STATES POSTAL SERVICE**

October 27, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9202 9922 6770 0103 3804 59**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | October 27, 2025, 10:20 am |
| **Location:** | VENICE, FL 34285 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002



Case #: **25-CI-00164**  ~~NOT ORIGINAL~~

Court: **CIRCUIT**

County: **OWEN**  11/12/2025 04:43:26 PM

89824-2

# CIVIL SUMMONS

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **BELL  TEXTRON, INC.**

      **3255 BELL FLIGHT BLVD**

      **FORT WORTH, TX 76118**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____           _____

                                                Served By

                                              _____

                                                    Title

CI : 000001 of 000001



Page 1 of 1

# eFiled



Case #: **25-CI-00164** NOT ORIGINAL
Court: **CIRCUIT**
County: **OWEN** 11/12/2025 04:50:35 PM

89824-2

DOCUMENT

# CIVIL SUMMONS

*Plaintiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO: **CORPORATION CREATIONS NETWORK, INC.**

　　**2595 N. DALLAS PARKWAY, SUITE 350**

　　**FRISCO, TX 75034**

Memo: Related party is GENESYS AEROSYSTEMS

The Commonwealth of Kentucky to Defendant:
**GENESYS AEROSYSTEMS**

　　You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/16/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

　To: _____

☐ Not Served because: _____

Date: _____, 20_____　　　_____
　　　　　　　　　　　　　　　　　　　　Served By

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Title

CI : 000001 of 000001



Page 1 of 1

eFiled

DOCUMENT

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



Case #: **25-CI-00164**    NOT ORIGINAL
Court:   **CIRCUIT**
County:  **OWEN**    11/12/2025 04:49:15

PM

# CIVIL SUMMONS

89824-2

*Plaintiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO: **CT CORPORATION SYSTEM**
   **306 W. MAIN STREET, SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is BELL  TEXTRON, INC.

The Commonwealth of Kentucky to Defendant:
**BELL  TEXTRON, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/16/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____        _____
                                                        Served By

                                            _____
                                                          Title

Presiding Judge: HON. LESLIE KNIGHT (615355)

CI : 000001 of 000001

Summons ID: @90005890098
CIRCUIT: 25-CI-00164 Long Arm Statute – SOS - Restricted Delivery
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL



Page 1 of 1

**eFiled**



Case #: **25-CI-00164**
Court: **CIRCUIT**
County: **OWEN**

NOT ORIGINAL
11/12/2025 04:52:11 PM
89824-2

# CIVIL SUMMONS

---

*Plaintiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **CT CORPORATION SYSTEM**

    **306 W. MAIN STREET, SUITE 512**

    **FRANKFORT, KY 40601**

Memo: Related party is LORD CORPORATION

The Commonwealth of Kentucky to Defendant:
**LORD CORPORATION**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/16/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____

                                                       Served By

                                                       Title

Summons ID: @90005890832
CIRCUIT: 25-CI-00164 Long Arm Statute – SOS - Restricted Delivery
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL

Page 1 of 1

Presiding Judge: HON. LESLIE KNIGHT (615355)

CI : 000001 of 000001



eFiled

DOCUMENT

| AOC-E-105 | Sum Code: CI | | Case #: | **25-CI-00164** |
| Rev. 9-14 | | | Court: | **CIRCUIT** |

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **25-CI-00164**
Court: **CIRCUIT**
County: **OWEN**

NOT ORIGINAL
11/12/2025 04:51:25 PM
89824-2

---

*Plaintiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **GARY A DRUMMOND**

   **4747 N. 7TH STREET, SUITE 402**

   **PHOENIX, AZ 85014**

Memo: Related party is VAN HORN AVIATION, LLC

The Commonwealth of Kentucky to Defendant:
**VAN HORN AVIATION, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/16/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

   _____
   Served By

   _____
   Title

Presiding Judge: HON. LESLIE KNIGHT (615355)

CI : 000001 of 000001

Summons ID: @90005890830
CIRCUIT: 25-CI-00164 Long Arm Statute – SOS - Restricted Delivery
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL



Page 1 of 1

eFiled

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **25-CI-00164**    ~~NOT ORIGINAL~~
Court:  **CIRCUIT**
County: **OWEN**    11/12/2025 04:49:44

~~DOCUMENT~~
~~PM~~
89824-2

---

*Plaintiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **KIRK FRYAR**

    **120 AIRPORT AVE WEST**

    **VENICE, FL 34285**

Memo: Related party is SARASOTA AVIONICS, INC.

The Commonwealth of Kentucky to Defendant:
**SARASOTA AVIONICS, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/16/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

    Date: _____, 20_____        _____

                                                     Served By

                                                   _____

                                                   Title

CI : 000001 of 000001

---



Page 1 of 1

*eFiled*

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1



Case #: **25-CI-00164**   NOT ORIGINAL
Court:  **CIRCUIT**
County: **OWEN**   11/12/2025 04:46:07 PM

89824-2

## CIVIL SUMMONS

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO: **GENESYS AEROSYSTEMS**
    **1 S-TEC WAY**
    **MINERAL WELLS, TX 76067**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margane Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
                                    Served By

_____
                                    Title

CI : 000001 of 000001



Page 1 of 1

eFiled



Case #: **25-CI-00164**  NOT ORIGINAL
Court:  **CIRCUIT**
County: **OWEN**  11/12/2025 04:45:39 PM

89824-2

# CIVIL SUMMONS

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **LORD CORPORATION**

**6035 PARKLAND BOULEVARD**

**CLEVELAND, OH 44124**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @90005884484
CIRCUIT: 25-CI-00164 Return to Filer for Service
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL



Page 1 of 1

**eFiled**

AOC-E-105      Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **25-CI-00164**
Court: **CIRCUIT**
County: **OWEN**

**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
11/12/2025 04:48:04 PM
89824-2

---

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **ELIZABETH LYTLE**

    **42 STONEGATE DRIVE**

    **FLORENCE, KY 41042**

Memo: Related party is ESTATE OF GALE EDWARD ALLEMAN, JR.

The Commonwealth of Kentucky to Defendant:
**ESTATE OF GALE EDWARD ALLEMAN, JR.**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

                                Served By

                                Title

CI : 000001 of 000001

Summons ID: @90005884488 , BOONE COUNTY SHERIFF
CIRCUIT: 25-CI-00164 Sheriff Service
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL

Page 1 of 1



eFiled



Case #: **25-CI-00164** NOT ORIGINAL
Court:   **CIRCUIT**
County:  **OWEN** 11/12/2025 04:50:13 PM

89824-2

**CIVIL SUMMONS**

*Plaintiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:   **SHAWN MCCLINTOCK**
      **120 AIRPORT AVE WEST**
      **VENICE, FL 34285**

Memo: Related party is SARASOTA AVIONICS & MAINTENANCE, LLC

The Commonwealth of Kentucky to Defendant:
**SARASOTA AVIONICS & MAINTENANCE, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/16/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

   _____
   Served By

   _____
   Title

CI : 000001 of 000001



Page 1 of 1

eFiled



Case #: **25-CI-00164**

Court: **CIRCUIT**

County: **OWEN**

NOT ORIGINAL
DOCUMENT
11/12/2025 04:47:37 PM
89824-2

# CIVIL SUMMONS

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **SARASOTA AVIONICS & MAINTENANCE, LLC**

     **120 AIRPORT AVE W**

     **VENICE, FL 34285**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @90005884487
CIRCUIT: 25-CI-00164 Return to Filer for Service
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL



Page 1 of 1

eFiled



## CIVIL SUMMONS

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **SARASOTA AVIONICS, THA, LLC**

**120 AIRPORT AVE W**

**VENICE, FL 34285**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001







Case #: **25-CI-00164**   NOT ORIGINAL
Court:  **CIRCUIT**
County: **OWEN**   11/12/2025 04:43:54 PM

89824-2

# CIVIL SUMMONS

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **SARASOTA AVIONICS, INC.**
   **120 AIRPORT AVE W**
   **VENICE, FL 34285**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
   Served By

   _____
   Title

CI : 000001 of 000001

Summons ID: @90005884481
CIRCUIT: 25-CI-00164 Return to Filer for Service
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL



Page 1 of 1

eFiled

DOCUMENT

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **25-CI-00164**

NOT ORIGINAL

Court:  **CIRCUIT**
County: **OWEN**

11/12/2025 04:45:09 PM

89824-2



# CIVIL SUMMONS

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

TO:  **VAN HORN AVIATION, LLC**

   **1510 W. DRAKE DRIVE**

   **TEMPE, AZ 85283**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____

   _____
   Served By

   _____
   Title

CI : 000001 of 000001

Summons ID: @90005884483
CIRCUIT: 25-CI-00164 Return to Filer for Service
WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL



Page 1 of 1

eFiled



Case #: **25-CI-00164** NOT ORIGINAL
Court: **CIRCUIT**
County: **OWEN** 11/12/2025 04:47:08 PM

89824-2

# CIVIL SUMMONS

---

*Plantiff,* **WELSH, HALEY ET AL VS. BELL TEXTRON, INC. ET AL**, *Defendant*

### TO: **XYZ CORPORATION**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Margaret Grace*

Owen Circuit Clerk
Date: **10/6/2025**

Presiding Judge: HON. LESLIE KNIGHT (615355)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 _____

   _____
   Served By

   _____
   Title

CI : 000001 of 000001



Page 1 of 1

eFiled

**COMMONWEALTH OF KENTUCKY**
**OWEN COUNTY CIRCUIT COURT**
**CASE NO. 25-CI-164**

HALEY WELSH, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE
OF JAMES D. WELSH, deceased,

and

HALEY WELSH, MOTHER AND
GUARDIAN OF A.J.W, a minor, son of James D. Welsh

                                                            PLAINTIFFS

v.

BELL TEXTRON, INC., a Delaware corporation

and

SARASOTA AVIONICS INC.

and

SARASOTA AVIONICS AND MAINTENANCE LLC.

and

SARASOTA AVIONICS THA, LLC

and

GENESYS AEROSYSTEMS d/b/a
S-Tec Corporation, a Texan Corporation,
and possibly known as Moog, Inc.

and

VAN HORN AVIATION, LLC, an Arizona Corporation

and

LORD CORPORATION, a Pennsylvania Corporation

VD : 000001 of 000003

NOT ORIGINAL
DOCUMENT
11/12/2025 04:57:01
PM
89824-2

and

XYZ CORPORATION(S),

and

ESTATE OF GALE EDWARD ALLEMAN, JR. Deceased

DEFENDANTS

---

### NOTICE PURSUANT TO CR 41.01 OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANTS SARASOTA AVIONICS, INC and SARASOTA AVIONICS AND MAINTENANCE, LLC.

---

**COMES NOW,** Plaintiffs, HALEY WELSH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JAMES D. WELSH, by and through counsel, pursuant to the Kentucky Rules of Civil Procedure 41.01, and hereby fully incorporates by references its Notice filed on October 31, 2025 voluntarily dismissing only as to SARASOTA AVIONICS THA, LLC and further provides notice of the voluntary dismissal WITHOUT PREJUDICE only as to Defendants SARASOTA AVIONICS, INC. and SARASOTA AVIONICS AND MAINTENANCE, LLC.

Respectfully submitted,

/s/ MARGO L. GRUBBS
MARGO L. GRUBBS, ESQ. (KBA # 27515)
Grubbs & Landry, PLLC
334 Beechwood Road, Suite 503
Ft. Mitchell, KY 41017
Ph: 859-341-2500
Fax: 859-341-2344
margo@grubbslaw.com

VD : 000002 of 000003

NOT ORIGINAL
DOCUMENT
11/12/2025 04:57:01
PM
89824-2

/s/ MICHELLE SNODGRASS
MICHELLE SNODGRASS (KBA # 87531)
331 York Street
Newport, KY 41071
859-412-0412
michelle@michellesnodgrasslaw.com
Counsel for Plaintiff

/s/ VANITA S. FLECKINGER
VANITA FLECKINGER (KBA#87669)
Fleckinger Law, PLLC
331 York Street
Newport, KY 41071
Ph: 859-372-6650
vanita@fleckingerlaw.com
Counsel for Plaintiff

<u>Certificate of Service</u>

   The undersigned hereby certifies that a true and accurate copy of the foregoing was served to the parties on this 3rd day of November, 2025.

/s/ MICHELLE SNODGRASS

VD : 000003 of 000003

NOT ORIGINAL

11/12/2025 04:56:24

89824-2

DOCUMENT

PM

**COMMONWEALTH OF KENTUCKY**
**OWEN COUNTY CIRCUIT COURT**
**CASE NO. 25-CI-164**

HALEY WELSH, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE
OF JAMES D. WELSH, deceased,

and

HALEY WELSH, MOTHER AND
GUARDIAN OF A.J.W, a minor, son of James D. Welsh

PLAINTIFFS

v.

BELL TEXTRON, INC., a Delaware corporation

     SERVE REGISTERED AGENT:

          CT CORPORATION SYSTEM
          306 W MAIN STREET, SUITE 512
          FRANKFORT, KY, 40601

and

SARASOTA AVIONICS THA, LLC

     SERVE REGISTERED AGENT:

          SHAWN MCCLINTOCK
          120 AIRPORT AVE WESET
          VENICE, FL 34285

and

GENESYS AEROSYSTEMS d/b/a
S-Tec Corporation, a Texan Corporation,
and possibly known as Moog, Inc.

     SERVE REGISTERED AGENT:

          CORPORATION CREATIONS NETWORK, INC,.
          2592 N. DALLAS PARKWAY, SUITE 350

VD : 000001 of 000003

NOT ORIGINAL

DOCUMENT

11/12/2025 04:56:24

PM

89824-2

FRISCO, TX 75034

and

VAN HORN AVIATION, LLC, an Arizona Corporation

SERVE REGISTERED AGENT:

GARY A. DRUMMOND
4747 N. 7TH STREET, SUITE 402
PHOENIX, AZ 85014

and

LORD CORPORATION, a Pennsylvania Corporation

SERVE REGISTERED AGENT:

CT CORPORATION SYSTEM
306 W MAIN STREET, SUITE 512
FRANKFORT, KY, 40601

and

XYZ CORPORATION(S),

and

ESTATE OF GALE EDWARD ALLEMAN, JR. Deceased

SERVE: JUDITH ALLEGAN, ADMINISTRATRIX
c/o ELIZABETH LYTLE, Agent for Process
42 STONE DRIVE
FLORENCE, KY 41042

DEFENDANTS

---

## NOTICE PURSUANT TO CR 41.01 OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANT SARASOTA AVIONICS, THA, LLC.

---

**COMES NOW,** Plaintiffs, HALEY WELSH, INDIVIDUALLY AND AS

ADMINISTRATRIX OF THE ESTATE OF JAMES D. WELSH, by and through counsel,

VD : 000002 of 000003

NOT ORIGINAL
DOCUMENT
11/12/2025 04:56:24
PM
89824-2

pursuant to the Kentucky Rules of Civil Procedure 41.01, and hereby provides notice of the

voluntary dismissal WITHOUT PREJUDICE only as to Defendant SARASOTA AVIONICS

THA, LLC.

Respectfully submitted,

/s/ MARGO L. GRUBBS
MARGO L. GRUBBS, ESQ. (KBA # 27515)
Grubbs & Landry, PLLC
334 Beechwood Road, Suite 503
Ft. Mitchell, KY 41017
Ph: 859-341-2500
Fax: 859-341-2344
margo@grubbslaw.com

/s/ MICHELLE SNODGRASS
MICHELLE SNODGRASS (KBA # 87531)
331 York Street
Newport, KY 41071
859-412-0412
michelle@michellesnodgrasslaw.com
Counsel for Plaintiff

/s/ VANITA S. FLECKINGER
VANITA FLECKINGER (KBA#87669)
Fleckinger Law, PLLC
331 York Street
Newport, KY 41071
Ph: 859-372-6650
vanita@fleckingerlaw.com
Counsel for Plaintiff

Certificate of Service

The undersigned hereby certifies that a true and accurate copy of the foregoing was
served to the parties on this 3rd day of November, 2025.

/s/ MICHELLE SNODGRASS

VD : 000003 of 000003