# EXHIBIT E

| | |
|---|---|
| **From:** | Burd, James <James.Burd@wilsonelser.com> |
| **Sent:** | Monday, November 10, 2025 4:01 PM |
| **To:** | Hensley, Casey |
| **Cc:** | Zarosly, Rachel S. |
| **Subject:** | Re: Estate of Welsh v. Bell Textron, Inc et al - Owen Cir. Court KY |

Casey, consent to removal confirmed. Thank you.

Jim
James Burd
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP

100 Mallard Creek Road - Suite 250
Louisville, KY 40207
502.238.8548 (Direct)
502.645.3171 (Cell)
502.238.8500 (Main)
502.238.7844 (Fax)
james.burd@wilsonelser.com

3102 West End Avenue – Suite 400
Nashville, TN 37203
615.324.7844 (Main)
502.238.8548 (Direct)
502.645.3171 (Cell)


On Nov 10, 2025, at 2:05 PM, Hensley, Casey <chensley@fbtlaw.com> wrote:

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Jim,
Will you please confirm if your client, Lord Corporation, consents to removal of *Welsh v. Bell Textron, Inc. et al.* at 25 Cl-00164?

Thank you for your consideration.

1

**Casey Wood Hensley**
Attorney at Law



400 West Market
Louisville, KY 4

502.779.8414 D
502.589.5400 M
502.802.9988 M

chensley@fbtlaw



Mansfield Rule ™ Certified *Plus* 2024-2025

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLP at (513) 651-6800, so that our address record can be corrected.

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
```

It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.