

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

Frankfort

November 25, 2025

Case Number:  3:25-cv-64

To:  Nicholas E. Pantelopolous
KMA Zuckert LLP
227 W. Monroe Street
Suite 3650
Chicago, IL 60606

-------------------------------------

You have filed a pleading in our Court in the above-styled action.  Upon searching our records we cannot locate records indicating your admission to practice in the United States District Court, Eastern District of Kentucky.

Local Civil Rule 83 and Local Criminal Rule 57 of the Joint Local Rules for the United States Courts of the Eastern and Western Districts of Kentucky sets forth the procedure for attorney admission.

- **Admission to the Bar.**  An attorney may apply for admission to the Bar of the Court pursuant to Local Civil Rule 83.1 or Local Criminal Rule 57.1, a copy of which is enclosed with an Application for Admission.

- *Pro Hac Vice* **Admission.**  The procedure to practice in a particular case or admission *pro hac vice* is set forth in Local Civil Rule 83.2 or Local Criminal Rule 57.2, a copy of which is also enclosed.  A separate motion for each attorney is required for admission *pro hac vice.*

 Please complete the information on the application and mail it to our office or file a motion to proceed *pro hac vice* within 30 days.   Upon admission to our Court, you must request e-filing privileges through your PACER account.

If you can provide documentation to reflect that you have been admitted to practice in our Court or if you have any questions, please contact the Clerk's Office.

 Thank you for your assistance in this matter.

Robert R. Carr, Clerk

By:  *C. Dearborn*
        Deputy Clerk



## RULE 83.1 OF THE JOINT LOCAL RULES FOR THE EASTERN AND WESTERN DISTRICTS OF KENTUCKY

**Attorney Admission to Practice**

(a) **Applicant Eligibility.** An attorney may apply for admission to the Bar of the Court if:

(1) The attorney has been admitted to practice before the Supreme Court of Kentucky;

(2) The attorney is in good standing with the Supreme Court of Kentucky; and

(3) The attorney is of good moral and professional character.

(b) **Admission Procedure.** An applicant must provide the Clerk with the following:

(1) an Application for Admission;

(2) an Authorization and Release;

(3) an affidavit of sponsorship signed by a member of the bar; and

(4) the prescribed fee[1]; and

(5) a statement identifying the method of training completed before use of the Court's electronic filing system.

(c) **Admission.** After the Court grants the attorney's application, the applicant may be admitted by mail or by appointment in open court.

(1) **Admission by Mail.** Upon request, the Clerk will promptly mail a Certificate of Admission to the applicant.

(2) **Admission in Open Court.** Upon request, the Clerk will arrange for a hearing at which time the sponsor will move to admit the applicant. The presiding judge will administer the attorney's oath or affirmation in open court.

---

1 The prescribed fee is $199.

EDKy 419A (Rev. 10/08) Application for Admission to Practice in this Court

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

The Application of:

_____
(Name to Appear on Certificate)

_____
(Mailing Address to Send Certificate)

_____

for Admission to Practice in this Court.

   I hereby apply for admission to practice before the United States District Court for the Eastern District of Kentucky. I ask that my application and accompanying motion be considered and acted upon by any District Judge.

   I represent that I am an attorney of good moral and professional character and eligible for admission to the Bar of this Court. I have completed  training for mandatory electronic case filing through ☐ the Kentucky Bar Association CLE course  ☐ on-line tutorial  ☐ authorized class room training or  ☐ other method (Please explain: _____ _____).

   I have been admitted to practice before the following courts (Please include bar membership numbers): _____ _____ _____

   I am a member in good standing in the bar of the above courts.  I have not have been disbarred,  suspended,  or disciplined in any fashion from practice in any court  or any bar association in any jurisdiction.  (If there is any exception, check here  ☐ and attach a detailed explanation together with copies of any opinions, order or letters of discipline.)

   I was born on _____ at _____
If not a citizen of the United States by birth, check here ☐ and state date and place of naturalization: _____ _____

Other Information :
Home Address:             Office Address:

_____  _____

_____  _____

Home Telephone No._____  _____

                   Office Telephone No._____

State of ) _____
    )
County of )_____

   I, _____, do solemnly swear that I will demean myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States. I do further swear that the statements in the foregoing application are true.

_____
(Signature of Applicant)

Subscribed and sworn to before me this _____day of _____, 2_____.

     Notary Public _____
            (Signature of Notary Public)
     State at Large My commission expires: _____

EDKy 419C (Rev. 10/08) Attorney Admission Affidavit & Motion by Sponsor (Rev. 12/08)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

## AFFIDAVIT OF SPONSOR

The undersigned attorney, _____, being duly sworn, deposes and says:

1. I was duly admitted to practice before the United States District Court for the Eastern District of Kentucky on _____.

<span style="font-size:small">Sponsor's Date of Admission to Eastern District of Kentucky</span>

2. This affidavit is submitted in support of the application of _____

<span style="font-size:small">Name of Applicant</span>

for admission to the Bar of the United States District Court for the Eastern District of Kentucky.

3. I have read the application and believe the statements therein to be true and correct.

4. I have known the applicant since _____ and my opinion of the applicant's, character,

<span style="font-size:small">Approximate Year</span>

reputation and competency is: _____
_____.

5. I vouch for the personal and professional integrity of applicant.

Date: _____          _____
                                              (Sponsor's Signature)

                                   _____
                                              (Office Address 1)

                                   _____
                                              (Office Address2)

State of _____  )
                              )
County of _____ )

Subscribed and sworn to before me this _____ day of _____, 20___ .

My commission expires: _____     _____
                                                Notary Public, State at Large

## MOTION BY SPONSOR FOR ADMISSION BY MAIL
(To be completed only when admission by mail is sought)

Comes the undersigned as sponsor for the above-named applicant who requests to be admitted to practice before this Court by mail rather than an appearance in open Court, and moves that applicant be admitted as an attorney and counselor of this Court.

Date: _____          _____
                                              (Sponsor's Signature)

Form 419B-EDKy

# United States District Court
## EASTERN DISTRICT OF KENTUCKY

RE: APPLICATION FOR ADMISSION — AUTHORIZATION AND RELEASE

I, _____ , whose Social Security Number is

_____ , having filed an application for admission to the Bar of this Court consent to have an investigation made as to my moral character, professional reputation and fitness for the practice of law and such information as may be received, reported to the admitting authority. I agree to give any further information which may be required in reference to my past record.

I also authorize and request, every person, firm, company, corporation, governmental agency, court, association or institution having control of any documents, records and other information pertaining to me, to furnish to the Clerk, United States District Court for the Eastern District of Kentucky any such information, including documents, records, bar association files regarding charges or complaints filed against me, formal or informal, pending or closed, or any other pertinent data, and to permit the said Clerk to inspect and make copies of such documents, records, and other information.

I hereby release and discharge, the state admission agency of the state(s) of my admission, its agents and representatives, and any person so furnishing information from any and all liability of every nature and kind arising out of the furnishing or inspection of such documents, records, and other information to or by the said Clerk.

I have read the foregoing document and have furnished all information fully and frankly. The information is complete and true of my own knowledge.

_____
(Signature of Applicant)

Subscribed and sworn to before me this _____ day of _____, 20_____.

_____

_____

Eastern District of Kentucky

**F I L E D**

Sep - 22 2022

Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
FOR THE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

**JOINT GENERAL ORDER No. 2022-01**

**IN RE:  AMENDMENTS TO JOINT LOCAL RULES**

\* \* \* \* \*

Pursuant to LR 83.14 and LCrR 57.7 of the Joint Local Rules of the Eastern and Western Districts of Kentucky, and pursuant to the authority granted by Rule 83 of the Federal Rules of Civil Procedure and Rule 57 of the Federal Rules of Criminal Procedure, upon recommendation of the Joint Local Rules Commission, and in the absence of any comments, the Judges of the Eastern and Western Districts hereby ORDER that the following amendments be made to the Joint Local Rules:

A.    **LR 83.2 – Permission to Practice in a Particular Case** – is amended as follows in order to simplify the rule and procedure:

**LR 83.2 Permission to Practice in a Particular Case**

(a) Procedure. An attorney who has not been admitted to the Bar of the Court may represent parties before the Court if the attorney has paid the prescribed pro hac vice admission fee to the Clerk of the Court and been granted leave by the Court to appear pro hac vice in a particular case. A separate motion for each attorney requesting pro hac vice admission must include the following information:

(1) Admission Status.  The motion must identify each Bar in which the attorney is a member and include a statement indicating that the attorney requesting admission is admitted to practice, currently in active status, and in good standing as an attorney in another United States court or the highest court of any state.

(2) Disciplinary History. The motion must disclose whether the attorney is currently or has ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

(3) Consent to Jurisdiction. The motion must include a statement indicating that the attorney consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

1

(4) ECF Training. The motion must identify the method of training completed by the attorney before use of the Court's electronic filing system.

    **B.**    **LR 89.3 Courtroom Decorum –** is amended as follows in order to modernize the local rule:

**LR 83.9**          **Courtroom Decorum**

**(a)**    **Persons Permitted Inside the Bar of the Courtroom.** Only those persons authorized by the Court, or those persons having an official function, are permitted inside the bar of the courtroom during proceedings held in open court.

**(b)**    **Possession and Use of Electronic or Photographic Equipment; Generally.** Except as may be permitted by (c) or (d), no person may operate any visual or audio recording, broadcasting or transmitting device or equipment in any courtroom. This rule applies regardless of whether court is actually in session.

**(c)**    **Permitted Uses of Electronics.** The presiding judge may permit the following:

    (1)    Use of electronic or photographic means for presenting evidence or perpetuating the record;

    (2)    The broadcasting, televising, recording, or photographing of investitive, ceremonial, or naturalization proceedings;

    (3)    Use of electronic devices or auxiliary aids to assist individuals who require accommodation for a disability; or

    (4)    Any wireless or internet communication device approved by the Court.

The presiding judge retains authority and discretion to disallow use of electronic devices at any time.

**(d)**    **Devices and Equipment in Courthouses.** By General Order, the Eastern and Western Districts may regulate the possession of electronic devices and equipment within each courthouse, including possession by members of the Bar. Notice of any such General Order shall be posted in a conspicuous place in all federal court buildings in the District, and will be available on the Clerk's website.

**(e)**    **Remote Participation.**    Any person remotely participating in any court proceeding may not record or cause to be recorded any such proceeding without the express consent of the presiding judge.

The amendments reflected in this Joint General Order shall be incorporated into the Courts' Joint Local Rules published on the Courts' respective websites. Copies of this Order shall be made available to the public on the Courts' respective websites and made available to

2

the various publishing companies that publish the Joint Local Rules of the Eastern and Western Districts of Kentucky. The amendments noted in this Order shall take effect upon entry of this Order.

IT IS SO ORDERED:

_____
Hon. Danny C. Reeves
Chief Judge, United States District
Court, Eastern District of Kentucky

_____
Hon. Greg N. Stivers
Chief Judge, United States District
Court, Western District of Kentucky

3