IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
**Frankfort Division**

| | |
|---|---|
| HALEY WELSH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JAMES D. WELSH, deceased<br><br>and<br><br>HALEY WELSH, MOTHER AND GUARDIAN OF A.J.W, a minor, son of James D. Welsh<br>Plaintiffs,<br><br>vs.<br><br>BELL TEXTRON INC., et al.<br>Defendant. | Civil Action No. 3:25-cv-00064-GFVT |

## MOTION FOR ADMISSION OF COUNSEL BRIAN J. BENOIT'S *PRO HAC VICE* ADMISSION

NOW INTO COURT, through undersigned counsel, comes Defendant, who respectfully moves this Honorable Court for an order permitting Brian J. Benoit to appear pro hac vice as co-counsel for Defendant Van Horn Aviation LLC, in this case.

In support of this motion, Defendant states as follows:

1. Brian J Benoit is an attorney at the law firm of KMA Zuckert LLP, 227 West Monroe Street, Suite 3650, Chicago, Illinois 60606, (312) 345-3000, bbenoit@kmazuckert;

2. Brian J. Benoit is a member of good standing of the Bar of Illinois. His bar number is 6289041. He was admitted to practice on November 9, 2006. He has not been the subject of disciplinary proceedings nor have any criminal charges ever been instituted against him. Brian J. Benoit has not been denied admission to the court of any state or federal court since his admission

to the Bar. Brian J. Benoit has not been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar or other admitting or licensing authority. In support of his motion, attached hereto as Exhibit A is a Certificate of Good Standing for Brian J. Benoit.

3. The name and address of the Kentucky attorney with whom Brian J. Benoit is associated for the purposes of this case is Ashley K. Brown, Ward, Hocker & Thronton, PLLC, 333 W. Vine St., Ste. 1100, Lexington, KY 40507. Brian J. Benoit seeks admission pro hac vice in this case as additional counsel to represent Defendant Van Horn Aviation LLC in association with Ms. Brown.

4. Brian J. Benoit is familiar with the Federal Rules of Civil Procedure and agree to abide by those rules and the Local Rules of this Court.

5. Brian J. Benoit consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Brian J. Benoit has completed ECF training by reviewing the user manual supplied by the United States District Court for the Eastern District of Kentucky.

7. The undersigned is tendering the required filing fee with this Motion.

Dated: December 2, 2025                Respectfully submitted,

*/s/ Ashley K. Brown*
Ashley K. Brown
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
Tel: 859-422-6000
Fax: 859-422-6001
abrown@whtlaw.com

-3-

AND

*/s/ Brian J. Benoit*
Brian J. Benoit (*pro hac* pending)
KMA Zuckert LLP
227 West Monroe Street, Suite 3650
Chicago, Illinois 60606
Tel: 312.345.3000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2025, a true and correct copy of the foregoing was filed electronically, using the CM/ECF filing system, which will serve it on counsel of record for the parties:

*/s/ Ashley K. Brown*
Ashley K. Brown