## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### Frankfort Division

| | |
|---|---|
| HALEY WELSH, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF JAMES D. WELSH, deceased<br><br>and<br><br>HALEY WELSH, MOTHER AND GUARDIAN OF A.J.W, a minor, son of James D. Welsh<br>Plaintiffs,<br><br>vs.<br><br>BELL TEXTRON INC., et al.<br>Defendant. | Civil Action No. 3:25-cv-00064-GFVT |

### ORDER GRANTING MOTION TO ADMIT BRIAN J. BENOIT *PRO HAC VICE*

Defendant, Van Horn Aviation LLC, by counsel, having moved for the admission of Attorney Brian J. Benoit *pro hac vice,* and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Attorney Brian J. Benoit of the law firm KMA Zuckert LLP is admitted to practice *pro hac vice* as co-counsel for Defendant, Van Horn Aviation LLC, in this matter.

DISTRIBUTION: All Counsel of Record