UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

| | |
|---|---|
| HALEY WELSH, Individually and as the Administratrix of the ESTATE OF JAMES D. WELSH, Deceased, et al.<br><br>Plaintiffs<br><br>v.<br><br>BELL TEXTRON, INC., et al.<br><br>Defendants | Case No. 3:25-cv-00064-GFVT<br><br>Judge Gregory F. VanTatenhove<br><br>MOTION FOR ADMISSION OF JOHN M. KELLY PRO HAC VICE |

**MOTION FOR ADMISSION OF GREGORY M. EMRY *PRO HAC VICE***

Pursuant to Local Rule 83.2, Defendant, GENESYS AEROSYSTEMS GROUP, INC. ("GENESYS") incorrectly named in the Complaint as GENESYS AEROSYSTEMS, respectfully moves this Court for admission of John M. Kelly to appear and participate as additional counsel for GENESYS *pro hac vice* in the above styled action.

In support of this Motion, John M. Kelly states as follows:

1. I am a member in good standing of the following bars: Illinois. I am admitted to practice, currently in active status, and in good standing as an attorney in the Supreme Court of Illinois and Northern and Central Districts of Illinois.

2. I have never been disbarred, suspended from practice, or subject to any disciplinary action by any court, Bar, or other admitting or licensing authority.

3. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

4. I have reviewed the CM/ECF training materials available on the Court's website

1

including the CM/ECF User Manual and Attorney's Checklist for E-Filing.

5.  Movant, Jack Gatlin of the law firm of Gatlin Voelker, PLLC, 50 East Rivercenter, Suite 1275, Covington, KY 41011, is a member in good standing of The Kentucky Bar and the United States District Court for the Eastern District of Kentucky and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for riling and serving documents in compliance with the CM/ECF Administrative Procedures.

6.  The required *pro hac vice* fee for admission has been tendered simultaneously with this filing.

**WHEREFORE**, Movant requests this Court to enter an Order to permit John M. Kelly to appear for GENESYS *pro hac vice* in the above captioned case and enter the attached order.

Respectfully submitted,

/s/ Jack S. Gatlin
Jack S. Gatlin,  #88899
Gatlin Voelker PLLC
jgatlin@gatlincoelker.com
50 East Rivercenter, Suite 1275
Covington, Kentucky 41011
(859) 781-9100

60410\327178927.v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2025, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jack S. Gatlin
Jack S. Gatlin

60410\327178927.v1